**Rodney E. WHITE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104329**

Missouri Court of Appeals,
Eastern District,
Division One.

FILED: April 11, 2017

Gwenda Renee Robinson, Missouri Public Defender Office, St. Louis, MO, Attorney for Appellant.

Josh Hawley, Attorney General, Daniel Neal McPherson, Assistant Attorney General, Jefferson City, MO, Attorney for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

### PER CURIAM

Rodney E. White appeals from the motion court's Findings of Fact, Conclusions of Law, and Order denying, following an evidentiary hearing, his amended Rule 29.15 motion for post-conviction relief, in which he alleged ineffective assistance of counsel. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).